UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 22-4687-DMG (SKx)** | Date | October 3, 2022 |
| --- | --- | --- | --- |

Title   *Matthew Treinish, et al. v. iFit, Inc., et al.*

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Myra Ponce |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| --- | --- |
| Adrian R. Bacon | Aaron S. Case |
| Matthew Snyder | Terry E. Welch |

**Proceedings:  PLAINTIFF'S MOTION TO REMAND [12]**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

:10

---

CV-90                              **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk <u>KT</u>