JS-6 / STAY LIFTED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TREINISH, individually, and on behalf of all other similarly situated,<br>Plaintiff,<br>vs.<br>IFIT INC. d/b/a NORDICTRACK and DOES 1-10, inclusive,<br>Defendants. | Case No. CV 22-4687-DMG (SKx)<br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS [58]** |

IT IS HEREBY ORDERED that pursuant to the Parties' Stipulation, the above-captioned action is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.  The stay in this action is LIFTED and all dates and deadlines are VACATED.

DATED: August 4, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE